# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN SALINAS-MARTINEZ,<br><br>Defendant. | Case No.: 13cr3916-WQH<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES'S MOTION TO DISMISS** |
|---|---|

Upon application, in the interests of justice, the Court grants the United States's Motion to dismiss this case without prejudice pursuant to Fed. R. Crim. P. 48(a).

IT IS SO ORDERED.

DATED: April 25, 2014

*William Q. Hayes*

**WILLIAM Q. HAYES**

United States District Judge